379 A.2d 619

Commonwealth v. Young, Appellant.

Submitted September 22, 1976. Warren R. Hamilton, for appellant; Deborah E. Glass and Steven H. Goldblatt, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.